Larry W McVey JR 100793
*Name*

LCF

PO Box 2 Lansing, KS 66043
*Address*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Larry Wayne McVey JR, Plantiff
*(Full Name)*

V.

Geary County Sheriff, Defendant(s)
LT Jones

CASE NO. 20-3052-SAC
*(To be supplied by the Clerk)*

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) Larry W McVey JR, is a citizen of Kansas
   *(Plaintiff)* *(State)*

   who presently resides at LCF PO Box 2 Lansing, KS 66043
   *(Mailing address or place of confinement.)*

2) Defendant Geary County Sheriffs Dept is a citizen of
   *(Name of first defendant)*

   Junction City KS, and is employed as
   *(City, State)*

   _____. At the time the
   *(Position and title, if any)*

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

   _____

   _____

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

1

3) Defendant <u>LT Jones</u> is a citizen of
   <u>(Name of second defendant)</u>

<u>Junction City Kansas</u>, and is employed as
   <u>(City, state)</u>

<u>LT</u>. At the time the
   <u>(Position and title, if any)</u>

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☐ No ☐ . If your answer is "Yes", briefly explain:

_____

_____

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

On or about June 19th 2019 The Plaintiff was arrested on an outside NCIC Hit. LT Jones and other officers of the Geary County Sheriffs Dept was told 5 times to speak to his Lawyer after his rights was read they Still questioned him. They then illegally took his Cell Phone they Harassed people who called They also Harassed the Plaintiffs Wife Emily McVey

2

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Violation Of Miranda Rights.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

On June 19 2019 GCSO arrested me on an outside warrant they Read me my Rights they Started Questioning me about another alleged crime I told him 3 times to talk to my Lawyer before he quit Questioning me.

B) (1) Count II: Illegal Search and Seizure

(2) Supporting Facts: On or around June 19th 2019 GCSO did Unlawfully obtain an IPhone X from the Plaintiff Without Permission or a Warrant they Went Outside there Scope of there duties

C) (1) Count III: Violation of Plaintiffs Pursuit of Happiness

(2) Supporting Facts: The GCSO Contacted Emily McVey Several times. They told her lies to turn against me

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☒ No ☐. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:
      Plaintiffs: Larry McVey Jr 100793
      Defendants: GCSO LT Jones
   b) Name of court and docket number US District Court 5:19-cv-03169-SAC
   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Dismissed Without Prejudice Pursuant to Fed. R Civ. P. 41(B)
   d) Issues raised _____

4

XE-2 8/82      CIVIL RIGHTS COMPLAINT §1983

    e) Approximate date of filing lawsuit **1-30-2020**

    f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☐ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

_____
_____
_____
_____

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

**Apology for the mental stress they have caused, Financial Relief**

_____
_____
_____

_____      _____100793_____
Signature of Attorney (if any)                 Signature of Plaintiff

_____
_____
(Attorney's full address and telephone number)

5

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983