REVEREND Larry McVey JR
Name

539 Lincoln

Clay Center KS 67432
Address

FILED
JUN - 3 2020
Clerk, U.S. District Court
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

REVEREND Larry McVey Jr, Plantiff
(Full Name)

V.

LT Thad Jones, Defendant(s)
With Geary County Sherriff

CASE NO. 20-3052-SAC
(To be supplied by the Clerk)

AMENDED
CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) REVEREND Larry McVey JR, is a citizen of Kansas
   (Plaintiff)                                  (State)

   who presently resides at 539 Lincoln Clay Center, ks 67432
                            (Mailing address or place
   Clay County Jail
   of confinement.)

2) Defendant LT Thad Jones is a citizen of
             (Name of first defendant)

   Junction City KS, and is employed as
   (City, State)

   LT Geary County Sherriff Dept. At the time the
   (Position and title, if any)

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state

   law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

   I was being Arrested for an outside NCIC
   Warrant

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983                         1

3) Defendant _____ is a citizen of
   (Name of second defendant)

   _____, and is employed as
   (City, state)

   _____. At the time the
   (Position and title, if any)

   claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☐ No ☐. If your answer is "Yes", briefly explain:

   _____

   _____

   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

   _____

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

   On June 19 2019 I was arrested by LT Thad Jones with the Geary County Sheriffs Dept on an outside NCIC warrant hit for Probation Violation. While in the Booking Room I asked to get a number for my mom LT Jones Stated he was Seizing my IPhone X When asked why on what grounds he Said ask Your Lawyer, A few days Later they went to my house and took my Electronics

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983                        2

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

   A) (1) Count I: <u>Illegal Search and Seizure</u>

   (2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

   <u>LT Jones said he was seizing my I Phone X. On 05-27-20 Bill Rice Testified at my Prelim hearing here in Clay County States LT Thad Jones answered my phone and told him the Payment was fraudulent He still has my Phone Shortly after my arrest he went to my home</u>

   B) (1) Count II: _____

   (2) Supporting Facts: _____

and told Emily Powers my fiance he needed all Electronics including Radios Game Systems. LT Jones intermidated her to give him these things He did not have a warrant. ————— End

C) (1) Count III: _____

_____

_____

(2) Supporting Facts: _____

_____

_____

_____

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☐ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

    b) Name of court and docket number _____

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    d) Issues raised _____

20-305-SAC

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☐ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

_____
_____
_____
_____

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

5,000,000,000.00, Apology, All my Property Returned
_____
_____
_____

_____    _____
Signature of Attorney (if any)                Signature of Plaintiff

_____
_____
(Attorney's full address and telephone number)

5

XE-2 8/82            CIVIL RIGHTS COMPLAINT §1983